IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA ENERGY, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>AURORA COOPERATIVE ELEVATOR COMPANY,<br><br>    Defendant. | 4:13CV3190<br><br>**ORDER** |

IT IS ORDERED:

1)  The defendant's motion for leave to file a reply, (Filing No. 43), is granted.

2)  The defendant's motion to extend the deadline for serving objections and responses to the plaintiff's discovery, (Filing No. 39), is granted.

3)  On or before May 6, 2015, the defendant shall serve its objections and responses to Plaintiff's Second Set of Requests for Production and First Set of Interrogatories.

Dated this 9th day of April, 2015

                 BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge